IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 3-08-CV-1327-O |
| | § | NO. 3-06-CR-0369-R |
| RONALD C. PEARSON | § | |
| | § | |
| Defendant. | § | |

### ORDER

Defendant Ronald C. Pearson, appearing *pro se*, has filed a motion for leave to traverse the response filed by the government in this section 2255 proceeding. By order dated October 22, 2008, the court appointed a lawyer to represent defendant. Because defendant is now represented by counsel, any further pleadings, motions, or communications with the court on behalf of defendant must be made by his attorney. Accordingly, defendant's *pro se* motion for leave to file a traverse [Doc. #11] is stricken from the record. The clerk is directed to note on the docket that this pleading has been unfiled.

SO ORDERED.

DATED: November 6, 2008.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE