IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-08-CV-1327-O |
| | § | NO. 3-06-CR-0369-O |
| RONALD C. PEARSON | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, the Findings and Recommendation of the United States Magistrate Judge (Doc. #18), and the objections thereto (Doc. # 26), in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 8th day of May, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**